UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14060-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

RONALD FONTECCHIO
#N/A,

      Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [31] on Defendant's Motion to suppress statements and Evidence [25]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued November 9, 2007 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of November, 2007.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record